```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10  DON CARLOS BROWN,                ) CASE NO. CV 08-5567-VBF (PJW)
                                     )
11              Petitioner,           )
                                     ) ORDER ACCEPTING REPORT AND
12       v.                          ) RECOMMENDATION OF UNITED STATES
                                     ) MAGISTRATE JUDGE AND GRANTING IN
13  KENNETH CLARK, WARDEN,           ) PART AND DENYING IN PART
                                     ) CERTIFICATE OF APPEALABILITY
14              Respondent.          )
                                     )
15
```

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, on March 21, 2011, Petitioner filed a motion seeking a certificate of appealability. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b). The Court concludes that its decision as to Petitioner's second claim of error under *Crawford v. Washington*, 541 U.S. 36 (2004)--that the trial court erred when it allowed a gang expert to testify that he had heard that Petitioner had been beaten up by a rival gang member a month before the shooting--is "debatable amongst

jurists of reason." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). As a result, the Court hereby grants a certificate of appealability on that issue.

As to the other issues raised by Petitioner, the Court finds that he has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied as to them. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*, 537 U.S. at 336.

DATED:     June 6, 2011     .

*Valerie Baker Fairbank*
───────────────────────────────
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\8-5567.wpd