```
                       UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| DON CARLOS BROWN, | ) | CASE NO. CV 08-5567-VBF (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| KENNETH CLARK, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   June 6, 2011   .

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\8-5567 J.wpd